*April 1, 2002*

# MOTION AND PROCEDURAL RULINGS

**01–1613. SCIT, Inc. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 97–E–675. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion for extension of time to file appellant's merit brief pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before April 29, 2002.

**01–1693. Spalding v. Coulson.**
Cuyahoga App. No. 76665. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County,

IT IS ORDERED by the court, *sua sponte,* that the parties are to show cause within fourteen days of the date of this entry why this cause should not be dismissed for want of jurisdiction, to wit, for the untimely filing of the notice of appeal.

Cook, J., dissents and would dismiss the cause.

**01–2207. SCIT, Inc. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 98–E–345. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion for extension of time to file appellant's merit brief pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before April 29, 2002.

**02–148. State ex rel. Devore Roofing & Painting v. Indus. Comm.**
Franklin App. No. 01AP–69. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion to stay briefing schedule pending conclusion of mediation pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion be, and hereby is, granted, and the briefing schedule is stayed pending further order of the court.

# DISCIPLINARY CASES

**02–65. Disciplinary Counsel v. Baumgartner.**
Upon consideration of respondent's appearance before the court on March 27, 2002,

IT IS ORDERED by the court that respondent is found not to be in contempt.

IT IS FURTHER ORDERED that respondent shall not engage in the practice of law in any form until respondent is reinstated to the practice of law by order of this court.

Resnick, J., not participating.

# MISCELLANEOUS DISMISSALS